**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

GEORGE MICHAEL HODGES,

    Petitioner,

-vs-                                               Case No. 8:03-cv-1591-T-30TGW

JAMES V. CROSBY, JR., et al.,

    Respondents.

_____

**<u>ORDER</u>**

    This matter comes before the Court upon receipt of Petitioner's Petition for Writ of Habeas Corpus (Dkt. 30) and supporting Memorandum of Law (Dkt. 31). Petitioner's request for pre-petition appointment of counsel pursuant to the Criminal Justice Act was granted on August 6, 2003 (Dkt. 3). On November 19, 2003, the Court deferred approval of the budget pending resolution of whether the services of an investigator(s) and/or expert(s) are reasonably necessary for the representation of Petition in these proceedings (Dkt. 16). *See* 21 U.S.C. § 848(q)(9) & (10)(B). Petitioner's request to withdraw his motion to authorize costs for investigative and expert services was granted, without prejudice, on July 12, 2004 (Dkt. 23).

    ACCORDINGLY, the Court **ORDERS** that:

    1.    Counsel for Petitioner, within **FORTY-FIVE (45) DAYS** from the date of this Order, shall submit an amended proposed initial litigation budget for Court approval. *See* Guide to Judiciary Policies and Procedures, Volume VII, Chapter VI, Section 6.02(F). This

proposed budget shall be submitted *ex parte* and be filed under seal.  The proposed budget shall include all matters affecting counsel compensation and reimbursement and payments for investigative, expert, and other services.  Counsel shall also include a proposed hourly rate at which counsel should be compensated in this action.[1]  The proposed budget shall include an estimate of the cost of all services provided by counsel, expert(s), investigator(s) or others for the entire case.  After the proposed budget is submitted, the Court will determine whether a conference is necessary to reach an agreement on a litigation budget.

2. Petitioner may submit a request to obtain investigative, expert, or other services pursuant to 18 U.S.C. § 3006A(e) and 21 U.S.C. § 848(q)(9) & (10); however, any application for investigative and expert fees must include the hourly rate of the investigator or expert and an estimate of the total cost of such services.

**DONE** and **ORDERED** in Tampa, Florida on January 11, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copy furnished to:
All Parties/Counsel of Record

SA:jsh

---

[1] For instance, if a team of attorneys assisted in the preparation of the Petition, it would be appropriate to compensate the lead attorney at a higher hourly rate than the rate proposed for any attorney(s) with less experience who may have assisted the lead attorney.